JOSEPH W. NORTH & SON, INC., complainant-respondent,

*v.*

HERBERT S. NORTH et al., defendants-appellants.

[Argued November 18th, 1921.   Decided March 6th, 1922.]

On appeal from a decree advised by Vice-Chancellor. Backes, whose opinion is reported in *93 N. J. Eq. 70.*

*Mr. Abe J. David,* for the appellants.

*Mr. Ralph E. Lum,* for the respondent.

PER CURIAM.

The history of the litigation is adequately stated in a previous opinion in the cause by the same vice-chancellor, reported in *91 N. J. Eq. 390.* As he there states, the equity suit grew out of a judgment at law recovered by the present appellants against the corporation respondent, and affirmed by this court in *93 N. J. Law 438.* After paying the judgment, the corporation sought to have the money impounded generally to meet judgments of outside parties, relating to the subject-matter, when and as recovered against the corporation.

Such wholesale relief the vice-chancellor denied (*91 N. J. Eq. 390*), saying that to invoke an equity against the fund the complainant (respondent here) "must point out with certainty and definiteness the double liability as to amount and person and establish it by satisfactory proof." Complainant did not appeal, but later amended the bill setting up a specific liability within the terms of the decision, and obtained the decree from which defendant has now appealed.

We conclude that the decree should be affirmed, for the reasons given by the learned vice-chancellor in his second opinion

(93 N. J. Eq. 70), which, of course, should be read in connection with, and as complementary to, the earlier one reported in 91 N. J. Eq. 390.

For affirmance—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—15.